```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
DIQUAN WILLIAMS,                          :       24cv4527 (DLC)
                    Plaintiff,            :
                                          :            ORDER
          -v-                             :
                                          :
CITY OF NEW YORK et al.,                  :
                                          :
                    Defendants.           :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

    Plaintiff Diquan Williams filed this action on June 13, 2024, alleging claims of excessive force against the City of New York and unnamed police officers arising out of his arrest on September 4, 2023. On August 21, 2024, this action was stayed in light of a criminal case against the plaintiff concerning the same arrest. In a status report of January 31, 2025, the City of New York reported that the plaintiff was sentenced on January 14. Accordingly, it is hereby

    ORDERED that the stay of this action is lifted.

    IT IS FURTHER ORDERED that the City of New York shall respond to the complaint by February 28, 2025.

Dated:    New York, New York
            January 31, 2025

                                      _____
                                          DENISE COTE
                              United States District Judge