ALEXIS G. PADILLA<br>
Attorney at Law<br>
378 Lewis Avenue #6<br>
Brooklyn, NY 11233<br>
Tel. 917 238 2993<br>
alexpadilla722@gmail.com

May 29, 2025

**BY ELECTRONIC FILING**
Hon. United States District Judge Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    **Diquan Williams v. City of New York, et al.**
              24-cv-04527-DLC

Your Honor:

    My office represents Diquan Williams, the plaintiff in the above-referenced matter. I write on behalf of the parties to respectfully request an adjournment of the initial conference currently scheduled for Friday, May 30, 2025, at 11:00 A.M. The parties have yet to complete mediation and are not yet prepared to move forward with discovery. A mediation session is currently scheduled for June 12, 2025. We respectfully request that the initial conference be adjourned until such time as the mediation has been completed.

    On behalf of the parties, I thank the Court in advance for its time and attention to this matter.

                                   Respectfully submitted,

                                   /s/

                                   Alexis Padilla
                                   *Attorney for Diquan Williams*

Cc:    **BY ECF**
       Jessica Ochoa, Esq.
       New York City Law Dept.
       Attorneys for Defendants

*[Handwritten note:]* The conference is adjourned to June 27 at 10:30 am.

*[Signed:]* Denise Cote
5/29/25