```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
DIQUAN WILLIAMS,                         :      24cv4527 (DLC)
                                         :
                 Plaintiff,              :      ORDER
                                         :
        -v-                              :
                                         :
CITY OF NEW YORK et al.,                 :
                                         :
                 Defendants.             :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party.

Dated:   New York, New York
         July 24, 2025

```
                              _____
                                      DENISE COTE
                              United States District Judge
```