UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DIQUAN WILLIAMS,

                              Plaintiff,

           -against-

CITY OF NEW YORK and POLICE OFFICER
JOHN DOES #1-8,

                             Defendants.
------------------------------------------------------------------X

24-CV-4527 (DLC)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The pre-settlement conference call is hereby canceled in light of Plaintiff's representations at ECF No. 42.

**SO ORDERED.**

DATED:   New York, New York
              July 25, 2025

                                                            _____
                                                                VALERIE FIGUEREDO
                                                                United States Magistrate Judge